IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| vs. | * |
| | *   CASE NO. 4:05-CR-30 (CDL) |
| CLARENCE MARTIN, | * |
| Defendant. | * |
| | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 5, 2011 is hereby approved, adopted, and made the Order of the Court.

The objections of the Defendant have been considered and are found to be without merit.

IT IS SO ORDERED, this 24th day of January, 2011.

                                            S/Clay D. Land
                                            CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE